**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**DAVID RUSSELL BRANDON**                                              **PLAINTIFF**

        **v.**           **Civil No. 04-5027**

**SUE McDONALD, Nurse, Benton**
**County Detention Center;**
**JONELL O'DELL, Nurse, Benton**
**County Detention Center; and**
**DR. NEIL MULLINS**                                                   **DEFENDANTS**

### O R D E R

Now on this 28th day of September, 2005, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #48), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, plaintiff's claims are hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                       **/s/ Jimm Larry Hendren**
                                                   **JIMM LARRY HENDREN**
                                                   **UNITED STATES DISTRICT JUDGE**